**Exhibit A to the Complaint**

**Location:** Santa Clara, CA

**Total Works Infringed:** 66

**IP Address:** 73.202.31.68

**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: C8F071BB927341E1DA304DB5D6A7378A82EC1B3B File Hash: 6A65ABD9B59B1B9E9AD39B23A2108A3052D45B61BE584549AFE6BF55CBD1362A | 05-01-2021 22:35:56 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 2 | Info Hash: 702062E19BB0950FF14CE7FEA2ACD376F2BDEA9D File Hash: 939603CDF2BD59F95F7DD1BB43D9310510D53F03E7AA44445450E79786C3E9DC | 04-28-2021 07:52:52 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 3 | Info Hash: D57B83F5E81CAB3AD0834EEEC60A57FFEA3A5EB1 File Hash: E66E2879FD3AB21143596A6D3A11C6590100DFEB20BB23174BEB52F454A80E1C | 04-27-2021 00:04:44 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 4 | Info Hash: 8B53F0193F6DD5504C61EF7E346088E9A04754C7 File Hash: AC7AD0151D65793AF89E0110D9CCF9C2DE62D684F20F35AEA568E326F344368A | 04-16-2021 00:34:05 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 5 | Info Hash: E409B6700393DE0D816D266B5E689F5CCB95670B File Hash: A13B5AB1E0F37076664DCD5F914A081F14AD456D7038D54EF22D0A2BAD9ADB2E | 04-08-2021 17:04:33 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 6 | Info Hash: 40D4C38A14F4CD6E628441DEC722E71A9E87A177 File Hash: 619A3238B6270F69540A523AB1B1541F3AC8F43D66945674230DF48FF16EAEBB | 04-05-2021 17:47:04 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 7 | Info Hash: C50A0D20F2E65AF9D34162366F687FA77F46971D File Hash: E58F3DB3B18E8B3A3D4565214A910F1C436B11A9C7E93659B1438C4B1E1DFBD8 | 04-04-2021 20:04:56 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 8 | Info Hash: 7401114DA2893F0B1242567B1EA1E5CA4346E25C File Hash: 5209419C4512EC6D11B56CF36C7870F01206CC28A3275688CE2694A43C6F4E41 | 04-01-2021 20:42:58 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>33C6C36F0F83C39F9D1E957091C156C38052AB40<br>File Hash:<br>F13B333AD589A3C17E2C411B64D38F4B49153F04300C42366287ADA9471B69B2 | 04-01-2021<br>03:17:51 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 10 | Info Hash:<br>2D3FA85300C279BD4ACAAF6C51D9FEA55B3C1E33<br>File Hash:<br>AF9943DB85222E242B66B95A435BC88A61A929A50F5FF01ECC2D4348FDB393FB | 03-28-2021<br>19:02:50 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 11 | Info Hash:<br>57B970FEAEF61F0DE40A21CB05AB1A1A9077BD29<br>File Hash:<br>E7E4B0DCA7E6E58E9492D8397B5B2BFE6F0201AE9CC3E14DF15EE5A86E4564C8 | 03-24-2021<br>16:34:13 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 12 | Info Hash:<br>24FDBFCD1149950C38EB61BDD8F2B8BA5C945DF0<br>File Hash:<br>37651909555FA58F80096ECBFB03248FA7FECD39565DA7AF292D4E48E878C768 | 03-19-2021<br>02:38:20 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 13 | Info Hash:<br>997069E4AE03FFF643781EEAE28571820C3E938C<br>File Hash:<br>8651B33BCA45FDB0715BAAD7A291755ADEB2AF93446642137D1041176DBE87D8 | 03-13-2021<br>17:08:20 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 14 | Info Hash:<br>8081CFBF21587008B29E98D680F1941C2E5EC549<br>File Hash:<br>CFD3C4EF11217B04E8EC3AC818A32FA4A9F19666A07984B6402DA1B16F062792 | 03-07-2021<br>23:48:25 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 15 | Info Hash:<br>D0C5347AEFB8BA22F5766AC524064321EED912BA<br>File Hash:<br>F7CD51884FB1FAE0E81DB4BA11633D33826D0037CB71E311F74C1DFF532AD9FD | 03-01-2021<br>21:41:18 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 16 | Info Hash:<br>D3A3E6A051D68734F663B2E381B7048892B9DA6E<br>File Hash:<br>D1F56B6B14276A2BB88CE370138268FB38383283C6FD34B61F1A2B0065C6EDBE | 02-28-2021<br>02:54:25 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 17 | Info Hash:<br>C73F43BD42447BA10C32743D3049A6689F66C2C6<br>File Hash:<br>30C3EDF2852E4F45242E81018BDB150F242FAF37319691A1FAECB6F9CB3E75CA | 02-25-2021<br>19:14:41 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash: 6E4E5BCBE4DFA0C8706ACFF6EABD92E44D805C33 File Hash: F30C984483419E05E88BEB9A767AAA64E612F849F7B7438F8FFB86CBA157F018 | 02-23-2021 05:32:37 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 19 | Info Hash: 40EA289BBFE63ACC2C89610922553E33BEC2B462 File Hash: A7FF9001357D74A5819FEECACBA3F25320F2730927E3CA3045E0E0C0E022CBB1 | 02-21-2021 22:07:38 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 20 | Info Hash: 1303AD61CDA50648F87D06B97F258F4F6AD8AECD File Hash: 9DEDA67C4D22323D07DA7D005EC753FA28E5FE52BE45F1F9E020882679923735 | 02-15-2021 09:09:59 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 21 | Info Hash: AA9848E2AC6FFD20189E88A01209A128F32CD358 File Hash: 7E5539D85AAE45038E24ACA10B2B5B20AB5F23E9D831F1FE5CADAE577B0C1CCC | 02-15-2021 02:43:39 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 22 | Info Hash: 2337ACD1A648F73C62F466B5556CADE24378F0A4 File Hash: 80767DF5E612136DC069EE0B084D2A84333F3AF96BDA6D48E014909750CF9D08 | 02-15-2021 02:08:21 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 23 | Info Hash: 30A5BF866A8DF3E59726EEC962703B8975EF92F8 File Hash: 79CAD8E01B1FF973ACF88683C944E52F2A56D23DFC51AE25875EF871CAFB6CEC | 02-15-2021 01:23:23 | Tushy | 01-24-2021 | 02-26-2021 | PA0002283696 |
| 24 | Info Hash: 34FD085D8E7A92C8CC4CA20F179E068ECD5ABDB3 File Hash: 953BBC6C0D40559DB3E74C442C11C9239CE17A4CE276734481B9C3B71E06DB9B | 02-15-2021 01:10:07 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 25 | Info Hash: 9F871F2D7D30EEE1511D4BAE1AAA965E989FB251 File Hash: D10E6C0FC28659DAFA8948D90C907B74699600B731C642BD99FAE0E71B0D123E | 02-14-2021 23:45:47 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 26 | Info Hash: C45370935D12CBC043760E694CA2A4278354E0BF File Hash: CC366F1EF270DBB9E9D5B661CF8B52B660B05C92AA1F022B3F0804935AAF1C85 | 02-14-2021 18:05:44 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash:<br>C1901F8685BA04008EB64CD8478E8A5081B92E7A<br>File Hash:<br>74BE67D88FAECEB15A144390F6E54B029E5113E839413318803AE7EF0F63EFAE | 02-14-2021<br>17:58:04 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 28 | Info Hash:<br>38C6994D27F2BEA3A6155C9080C3DB8FAD2D5F61<br>File Hash:<br>72D56BCF32B1040D2CC259A8AC9E68625D892DE6F7AB92A9277EC04BBB61CBA6 | 02-03-2021<br>13:55:17 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 29 | Info Hash:<br>3BAC85BD422376CCFE77F0123C67EBD67191429F<br>File Hash:<br>9C62DC16994B55C0EBED3008C0EF484889EB270B614FF56C0060E58015344A51 | 02-03-2021<br>03:18:25 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 30 | Info Hash:<br>FAF7C05B7EA27A4FB9AED8A677819923B9122A11<br>File Hash:<br>9C94021928B297EE64F7DA6A232D7E66B3A449DD135C4D5DBA1B5D62BC0D5558 | 02-03-2021<br>03:05:09 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 31 | Info Hash:<br>03BF826B1CE46551D31D783209271A18DE2393F6<br>File Hash:<br>B4F43BC9BC59BA5F2C0213A0EB0B8F7B03D9813A9FCCE0257F6E68A7816E0D84 | 02-03-2021<br>03:03:43 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 32 | Info Hash:<br>B91E821733E0A59D5A25A1D1C47540D75BBA9DC5<br>File Hash:<br>B244A02B446BA6A7F7F750131919D257586F35F5941EAEEAA49B6B6548E19AEF | 01-31-2021<br>09:35:38 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 33 | Info Hash:<br>50C46F77E3BDDDDB8466D6EFFA62A47DEA2B3F66<br>File Hash:<br>E9FEE00DBAEBF4D7F66D3FD8D591AAD89A2FB7825090C60B8C05F2E6ABE94BBC | 01-27-2021<br>23:02:36 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 34 | Info Hash:<br>659C7A1A94C24751163F24E39A9B81366DD8FE15<br>File Hash:<br>A3E5538BC0B1D003460E1042CA458E821AEBD192D8D117A87B8E38937CD300EC | 01-27-2021<br>22:49:39 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 35 | Info Hash:<br>66D92C10EF54B5E191A674B26176B5F94017E6D8<br>File Hash:<br>F4C0EEE91D4D1151E64B46CAD0AE5DCAD81A302B852E4FD8FD402267B39C4130 | 01-27-2021<br>22:42:19 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A877254F4F7C4E2BA250EEFE99A830DC00EF2E7C File Hash: E313B4028F0BF416B5438F74E03E904855C13B339A9AFB789097EC01E3FB1F49 | 01-27-2021 22:36:21 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 37 | Info Hash: E705B02F39A43D1D76580E6641C4142E398B1BDE File Hash: E8ED050BFDFF86709E956CD412BAAD04BAFF58AA1EA44BFC72794E8405312296 | 11-04-2020 00:23:32 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 38 | Info Hash: 91AEBA67DCA3F501D4920BB600EA095ECC61C7D3 File Hash: 5A374CC759A7C39D07565BF1AA3DD75920F82C28C0DF8C2539D33EF3E3586072 | 10-26-2020 17:49:22 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 39 | Info Hash: E4269C8BD19F46EA64934C56AC2976F9778CE1D6 File Hash: E85CDE25E9AB59C8E4476AADF8DAD26650C560A0DAEC07BDDDDCF5B5E02D334B | 10-25-2020 17:43:05 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 40 | Info Hash: 606C239003DC40C9643119E185D9B5DE42A4DB9B File Hash: 2CB42494C036A286E5AB5E27E4EFE2AF0E8CC6851419234FC247621ADD646A32 | 10-19-2020 09:26:13 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 41 | Info Hash: 02E6F62FF4FB68AE8C62D73AF7B8F1C5E07B8ABD File Hash: 0E98671099B95D7B44D6482B1A3B12A2FD878F5EED75F221AE9B12C673832C03 | 10-13-2020 01:42:20 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 42 | Info Hash: 56C936A382E4EFA4C0CAB39A3187EFF784BBD6D1 File Hash: 1522194A15ED6608F580567E7F53D3E768224A07EC64303C0738057E17455066 | 09-13-2020 17:31:30 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 43 | Info Hash: 1E05C4B4D36504E1662A1ACF31BD7AF59ED68471 File Hash: B5F2ED9FCB9E5B5AC001C25E3B0D9985DA2432D6B3EB6FC0E3EB33808F3E27DB | 09-08-2020 16:21:46 | Tushy | 09-06-2020 | 09-22-2020 | PA0002265873 |
| 44 | Info Hash: F3C67972240A56BAF512953EFBFB56F856ED8232 File Hash: 1DAE767ECABCCC9783D1BC172AD3A686F506200450EDD388D7E203D4C3F06B40 | 09-01-2020 11:21:44 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 2BB73566A6AC3C2EF2F1896BCFF3B26004B382B9 File Hash: EB24CA9D27E3F911A6A7A4E7FF5E29543267BD4C9809EDCF7F4D48FFED322111 | 09-01-2020 07:55:28 | Vixen | 08-21-2020 | 09-22-2020 | PA0002265927 |
| 46 | Info Hash: FAA3B003A7BDE4E6AC7E758DA349B6AECAFA4C11 File Hash: B8595AB50219A308DADFF89946CD647FB7090EB90E885740A1405BBC9DCB5F86 | 09-01-2020 05:04:05 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 47 | Info Hash: D0898E78FAEB4BB5BB95C50C8BFB6CBAAD162F11 File Hash: 42D46BBFA5AEBA537B4CF234F55A28ABA8032EA2EA03C6869B965F0F12EE4C18 | 09-01-2020 03:41:49 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 48 | Info Hash: 57643D1538014F4B3E36900B70D036DDE0D5681B File Hash: C11BE06575237E13C18B0B4FC1DE3369C58DDE649B2AAD401EBC67629326B5E1 | 08-26-2020 12:43:25 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 49 | Info Hash: EC764F9D3ACF5ED67477A1D09ACC6BACDE09D5B5 File Hash: 3928050186431B7DC3D04C6FAFE8CE530B3E11F84E3A240F4A3B6B011796C2D0 | 08-24-2020 22:32:36 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 50 | Info Hash: 84774410CFFF5493BEE6BE560B529E53C64493B7 File Hash: 0A4C98B77A5E25DFD0DF25E9815408535ADD0CD69898FA85923CE56159E7F4A1 | 08-09-2020 21:12:53 | Tushy | 08-09-2020 | 08-31-2020 | PA0002265642 |
| 51 | Info Hash: 21BEDC228756B5B1CD6776C3D1A8AF91EBF718A1 File Hash: C1B3B73969DF2BBFDD4B38A96DDECA72062AB69B560987AB2A6C224C31B95D64 | 08-02-2020 01:21:37 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 52 | Info Hash: A03A7DFB1E30DCCCF5C8E205F1EB646FB9E765BF File Hash: 099BC82F77A260E28CE64C0A64B2035311B9B4DA1351D96C332113976FFFECA9 | 07-27-2020 17:21:38 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 53 | Info Hash: C4612E6C8C3BC16C1FD1998452F3F3B927F63116 File Hash: 51144492F8E46588B333D306DAC6082558F97AB001BE06692A7E226B7763FD66 | 07-25-2020 17:44:13 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 8F7AB4185C484A303FBA221D9EB87A64E090447C File Hash: 1D9F3A94BCF10E52E875A0B91108A4A5FE766D0F1D7372A4BF32340DFD17AB03 | 07-20-2020 20:09:04 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 55 | Info Hash: E1CA2CFC2B261F348A7CFBE3C131B5C579D852F4 File Hash: CB2390C53528561D084FB8CB0CAF14EF12BCFD30145E7E7F55FF358D0C5B122B | 07-07-2020 16:23:56 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 56 | Info Hash: C8B37DC1E36676A366EB6228B5C290C75F8D8F07 File Hash: 35AAF90B2F59A29CAFE2053AB1B26E9A3372DF81A1D0139E596394EEC48486AC | 07-05-2020 23:17:43 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 57 | Info Hash: AE7151FB1EE750EF97C974C9D67ABC075AFF6AC0 File Hash: 8FAB5ABE00FAAF8C326D27DE56C2553C6592DDAD5B21D4C74D7E0FFE9B29EF63 | 07-05-2020 22:10:59 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 58 | Info Hash: C75A4E48F02CCC7C0D15F5A370C0BCC89277E096 File Hash: BAF12F4A262D452D059652DE5291F6F65F179C12A8F59588FC92988DA40BBA18 | 06-28-2020 20:55:11 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 59 | Info Hash: 02CE5AFA2775516255A5DBC82D5A629CECD38E61 File Hash: 86199DBADCD3EB8B30644805BB503E723C91483159D7F9951ECFCFB38A5184CB | 06-27-2020 08:28:20 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 60 | Info Hash: 3CE64F268B17AB4A9537F8E442056D7676BFD16C File Hash: C1536F369B3146FE1DD96956EC7AFA3FAEC9AAA3795D6162C64C8037D072AFD9 | 06-20-2020 17:49:46 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |
| 61 | Info Hash: 2A83F3997215B4A2EB483D8DDB075A9720165B87 File Hash: 8B4F25FF5BD64547C202C6C8137546F009B7D642FB6F91C71ACD902D4A30B391 | 06-15-2020 03:19:07 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |
| 62 | Info Hash: 98FC36C693A23B30D6270FE00F7C6E1F9DBE4F56 File Hash: 5FDE08E584DC422FC390CD9A99CD7B441B6A34EC2003D12FF0DA331D70EE3A19 | 06-12-2020 21:16:36 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash:<br>642807DEA5DB99FE47CC756829BCD56C4710FBC4<br>File Hash:<br>CF0D18703BEF51F91974CA5B5DE171BE3F9028525C756B51B45D6E781CA0FBAF | 06-08-2020<br>03:47:13 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 64 | Info Hash:<br>9C72E085C246DBFF785FF268FF436F69B697A060<br>File Hash:<br>20C0E48EF249EC6F7CD085BC405F2679B87542EAD5B86D12717EA7DF12D0A868 | 06-01-2020<br>01:45:25 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 65 | Info Hash:<br>DD52A12E03EE502A7ED9B65D04B2524EC2715C99<br>File Hash:<br>87E48A05B3A90FF57B89F1D57BC220E104B3BEF27CD9120ACF4ABF4F4B6E4563 | 05-30-2020<br>22:20:29 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |
| 66 | Info Hash:<br>98BF785E4AD77539EE695D4ED1E0C1479E90616E<br>File Hash:<br>228646F46B9ABEAA9319362A6E92AB93D115083C3CF414232B65BA85C228348B | 05-16-2020<br>07:07:26 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |